80 A.3d 378

**Mr. Kerium Allen GARRICK, Sr., # 853734, Petitioner**

v.

**COURT OF COMMON PLEAS, Respondent.**

**No. 146 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward these filings to counsel of record.